James S. Coon, OSB# 771450
jcoon@stc-law.com
SWANSON, THOMAS, COON & NEWTON
820 SW Second Ave, Suite 200
Portland, Oregon 97204
Ph. 503-228-5222   Fax 503-273-9175
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON
(EUGENE)

| | |
|---|---|
| DAVID CARL GIMENEZ,<br><br>   Plaintiff,<br><br>v.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br><br>   Defendant. | CV# 6:10-cv-00873-HO<br><br>ORDER GRANTING STIPULATED EAJA FEES, COSTS AND EXPENSES |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $1306.57 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. There are no costs or expenses. The court directs Defendant to issue checks to Plaintiff in care of his attorney, James S. Coon, at Mr. Coon's address: 820 SW 2nd Ave Ste 200, Portland OR 97204.

Dated this _12th_ day of _April_, 2012.

_____
United States District Judge

Presented by:
James S. Coon
Swanson, Thomas, Coon & Newton
Of Attorneys for Plaintiff